UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BRANDON SMITH, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:23-cv-00065 |
| GUILLERMINA GOMEZ, et al., | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 25). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE